UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LORI LUDLAM, et al. | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 11-11903-LTS |
| MARLBOROUGH PUBLIC SCHOOLS, | ) ) ) | |
| Defendant. | ) ) | |

ORDER VACATING REPORT AND RECOMMENDATION

March 1, 2012

SOROKIN, M.J.

The Report and Recommendation (docket #5) recommending reassignment and dismissal is VACATED as, in fact, the Plaintiffs have paid the filing fee. The Plaintiffs shall proceed to serve the Complaint on the Defendant, if that has not already occurred.

       /s / Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE